ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON LAW
GROUP, AAL, LLLC

MICHIRO IWANAGA 2022-0
201 Merchant Street, Suite 2307
Honolulu, Hawaii 96813
Telephone No. (808) 792-3888
Fax No. (808) 521-5262
E-mail: miwanaga@silawgroup.com

Attorney for Defendant
AFNI, Inc.



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK



LODGED

JUN 2 8 2007
6:11 pm
Clerk, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANALYN BALBIRONA, | ) CIVIL NO. CV07-00105 |
| | ) JMS/KSC |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE OF ALL |
| | ) CLAIMS AND ALL PARTIES AND |
| AFNI, INC. | ) ORDER |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) JUDGE: J. Michael Seabright |
| | ) TRIAL DATE: None |
| | ) |
| | ) |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff ANALYN BALBIRONA and Defendant AFNI, INC. through their respective counsel, that pursuant to Rule 4l(a)(l)(ii), Federal Rules of Civil Procedure, all of the claims against Defendant AFNI, INC. be dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

All parties appearing herein have signed this stipulation. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, _____ .

_____
JOHN HARRIS PAER

Attorney for Plaintiff
ANALYN BALBIRONA

_____
MICHIRO IWANAGA

Attorney for Defendant
AFNI, INC.

APPROVED AND SO ORDERED

JUDGE OF THE ABOVE-ENTITLED COURT

ANALYN BALBIRONA vs. AFNI, INC. Civil No. CV07-00105
JMS/KSC, STIPULATION FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND ALL PARTIES AND ORDER